IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES EARL ROBINSON                                                                                                    PLAINTIFF

v.                                                     Case No. 4:23-cv-4042

JAIL ADMINISTRATOR STEVE OTWELL,
Nevada County Detention Center (NCDC);
DARRELL ELKIN, APRN, Contract Medical
Care Provider for the NCDC; and
LIEUTENANT KAREN GHORMLEY, NCDC                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 46. Judge Comstock recommends that the Motion for Summary Judgment filed by Separate Defendant Darrell Elkin (ECF No. 30) be denied. Judge Comstock further recommends that the Motion for Summary Judgment filed by Defendants Steve Otwell and Karen Ghormley (ECF No. 34) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion for Summary Judgment filed by Separate Defendant Darrell Elkin (ECF No. 30) and the Motion for Summary Judgment filed by Defendants Steve Otwell and Karen Ghormley (ECF No. 34) are **DENIED**.

**IT IS SO ORDERED**, this 12th day of February, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge